**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**ROY L. BOOTH,**

**Petitioner,**

**v.** **CIVIL No. 2:26-cv-514**

**JOSEPH W. WALTERS,**
**State of Virginia Department of**
**Corrections Corporation Director,**

**Respondent.**

# FINAL ORDER

Petitioner Roy L. Booth ("Petitioner"), a Virginia inmate, submitted a one-page, handwritten document on May 22, 2026, titled "Petition for a Writ of Habeas Corpus." ECF No. 1. The submission was not signed and did not contain the information necessary to proceed with a habeas petition. Id. The filing has been construed as a petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. This matter was referred to the United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.

On May 28, 2026, the court provided Petitioner with the correct form for filing a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ECF Nos. 4, 4-1. The court ordered Petitioner to sign and file his petition on the correct form within

thirty (30) days from the date of the order. ECF No. 4. The court warned Petitioner that failure to timely comply with the order would result in submission of the matter to a United States District Judge for dismissal without prejudice. Id. Petitioner failed to respond.

On July 23, 2026, the court entered a Show Cause Order directing Petitioner to show cause why his petition should not be dismissed for failure to sign and file an amended petition on the correct form. ECF No. 5. Petitioner failed to respond to the Order and the time to respond has expired.

The Report and Recommendations ("R&R"), filed September 2, 2026, recommends that the Petitioner's action be dismissed without prejudice for failure to sign, file on the correct form, and provide the information necessary for proceeding with a habeas and petition, advising of the right to file written objections to the R&R. ECF No. 6. No objections have been filed.[1]

The court, having reviewed the record, hereby **ADOPTS** and **APPROVES** the findings and recommendations set forth in the R&R, ECF No. 6. Therefore, the court **ORDERS** that the Petition for a Writ of Habeas Corpus, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE** for failure to sign and file the petition on the correct form.

[1] The R&R mailed to Petitioner was returned to the Clerk's Office on September 21, 2026, with a note attached stating: "Inmate Refused." ECF No. 7.

Petitioner has failed to demonstrate a "substantial showing of the denial of a constitutional right," and, therefore, the court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003).

Petitioner is **ADVISED** that because a certificate of appealability is denied by this court, he may seek a certificate from the United States Court of Appeals for the Fourth Circuit. Fed. R. App. P. 22(b); Rules Gov. § 2254 Cases in U.S. Dist. Cts. 11(a). If Petitioner intends to seek a certificate of appealability from the Fourth Circuit, he must do so within thirty (30) days from the date of this Final Order. Petitioner may seek such a certificate by filing a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner and to Respondent.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge
RBS

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
October 7, 2026